UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT WILLIAMS,

         Plaintiff,                   Case no. 08-12024
                                                 HON. JOHN CORBETT O'MEARA

v.

J. PRATER, et al.,

         Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     The Court having reviewed Magistrate Judge Virginia M. Morgan's Report and Recommendation, filed January 28, 2009, as well as plaintiff's objection, filed February 06, 2009, and being fully advised in the premises;

     IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

     IT IS FURTHER ORDERED that defendants' motion for summary judgment is GRANTED.

     IT IS FURTHER ORDERED that summary judgment is GRANTED in the remaining defendants' favor, and this case is closed due to plaintiff's failure to properly exhaust his administrative remedies prior to filing this suit.

                                                                  s/John Corbett O'Meara
                                                                  United States District Judge

Date:  February 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 17, 2009, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager
